UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WADE ALLEN, CARMINE BORRELI, PAUL CRESPO, VICTOR DIAZ, CAROLYN ESPOSITO, JESSICA FREEMAN, PAUL GIGLIO, SCOTT GUSTAFSON, NANCY JAFFEE, PATRICIA KENNEDY, GRACE MCADAMS, KEVIN MULLER, and ALBERT WILLIAMS,<br><br>Plaintiffs,<br><br>-against-<br><br>J & B RESTAURANT PARTNERS OF LONG ISLAND HOLDING CO., LLC, et al.,<br><br>Defendants. | Docket No.: 13-cv-6616 (LDW) (AKT)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ SEP 10 2014 ★<br><br>LONG ISLAND OFFICE |

Pursuant to Federal Rule of Civil Procedure 41(a), the Parties, by and through their undersigned counsel, stipulate to the dismissal of the above-captioned action in its entirety with prejudice.

JOSEPH & KIRSCHENBAUM, LLP

*[signature]*

Douglas Weiner, Esq.
233 Broadway, 5th Floor
New York, NY 10279
212.688.5640
*Attorneys for Plaintiff*

LITTLER MENDELSON, P.C.

*[signature]*

Justin R. Marino, Esq.
290 Broadhollow Road, Suite 305
Melville, New York 11747
631.247.4720
*Attorneys for Defendants*

SO ORDERED:

_____

Firmwide:128783736 079055.1002

Central Islip, NY
9/10/14